## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **ISABELLA TANIKUMI,** | Civ. No. 14-5877 |
| **Plaintiff,** | **ORDER** |
| v. | |
| **THE WALT DISNEY COMPANY,** *et al.* | |
| **Defendants.** | |

    This matter comes before the Court on the Defendants' unopposed Motion to Dismiss for failure to state a claim.  For the reasons set forth in the accompanying opinion,

    IT IS on this 19th day of February 2015 hereby

    **ORDERED** that the Motion is granted; and it is further

    **ORDERED** that the Complaint is dismissed with prejudice; and it is further

    **ORDERED** that Judgment is entered in favor of the Defendants.

    /s/ William J. Martini
    _____
    **WILLIAM J. MARTINI, U.S.D.J.**